In the Matter of the Judicial Settlement in the Intermediate Account of Proceedings of United States Mortgage and Trust Company, as Executor, etc..

---

* Amd. by Laws of 1918, chap. 572, and Laws of 1926, chap. 270.— [Rep.

of EBENEZER SUGDEN, etc., Deceased. TRUSTEES OF THE MISSIONARY AND TRACT SOCIETY OF THE NEW CHURCH, LONDON, and the TRUSTEES OF THE SWEDENBORG SOCIETY, LONDON, Appellants; UNITED STATES MORTGAGE AND TRUST COMPANY, as Executor, etc., and MILDRED STREEVER SUGDEN, Respondents.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, unanimously affirmed, with costs to respondent Mildred Streever Sugden payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.